ANN LEE, as Administratrix, etc., Appellant, *v.* JOHN VAN VOORHIS et al., Respondents.*

(Argued February 8, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 20, 1894, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*George F. Yeoman* for appellant.

*John Van Voorhis* for respondents.

* Reported below, 78 Hun, 575.

Agree to affirm on opinion below.

All concur, except HAIGHT, J., not sitting.

Judgment affirmed.